IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHADAI DEAS, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | No. 5:23-CV-308-CAR |
| Res-Care, Inc., D/B/A | : | |
| BRIGHTSPRING HEALTH | : | |
| SERVICES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER TRANSFERRING CASE

Currently before the Court is Plaintiff's Consent Motion to Transfer Case. [Doc. 9]. Defendant and its affiliate, PharMerica Corporation, have been named in eight other class action lawsuits, which have been consolidated into one filing captioned *In re PharMerica Data Breach Litigation*, No. 3:23-cv-00297 (W.D. Ky.) located in the Western District of Kentucky. Defendants have consented to the Motion.

Having considered the matter and relevant law, the Court **GRANTS** the Motion pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the Court **DIRECTS** the Clerk of Court to **TRANSFER** the above-captioned case to the United States District Court for the Western District of Kentucky.

**SO ORDERED,** this 12th day of September, 2023.

[*signature on following page*]

1